| | | | |
|---|---|---|---|
| Hahn v. Loch [14] | 2984 EDA 2014<br>Reversed and<br>Remanded | 07/13/2016 | C–48–CV–2011–0212<br>(Northampton) |
| Com. v. Postell | 512 EDA 2015<br>Affirmed | 07/13/2016 | CP–51–CR–0008438–<br>2013<br>(Philadelphia) |
| Sands v. Stoudt | 1218 EDA 2015<br>Affirmed | 07/13/2016 | 2011–08478<br>(Chester) |
| Reilly v. Phila. Electrical Equipment<br>Co. [15] | 2276 EDA 2015<br>Affirmed and<br>Remanded | 07/13/2016 | 13–3995<br>(Delaware) |
| Com. v. Bennett | 2417 EDA 2015<br>Reversed and<br>Remanded | 07/13/2016 | CP–09–CR–0002123–<br>2015<br>(Bucks) |
| Phila. Electrical Equipment Co. v. Reilly [16] | 2528 EDA 2015<br>Affirmed and<br>Remanded | 07/13/2016 | No. 12–2323<br>No. 13–3995<br>(Delaware) |
| R.N. v. Hepburn | 2545 EDA 2015<br>Affirmed | 07/13/2016 | 871–2015<br>(Pike) |
| Phila. Electrical Equipment Co. v. Reilly [17] | 2601 EDA 2015<br>Affirmed and<br>Remanded | 07/13/2016 | 12–2323 & 13–3995<br>(Delaware) |
| Com. v. Lopez | 2649 EDA 2015<br>Affirmed | 07/13/2016 | CP–51–CR–0007646–<br>2007<br>(Philadelphia) |
| T.J.L. v. V.G.P. | 3208 EDA 2015<br>Affirmed | 07/13/2016 | No. C0048CV2006–<br>3140<br>(Northampton) |
| Com. v. Rodriguez | 3231 EDA 2015<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 07/13/2016 | CP–39–CR–0002991–<br>2012<br>(Lehigh) |
| In the Interest of: H.P. | 3313 EDA 2015<br>Affirmed | 07/13/2016 | CP–51–AP–0000611–<br>2015<br>CP–51–DP–0000933–<br>2013<br>(Philadelphia) |
| In the Interest of: Y.M. | 3314 EDA 2015<br>Affirmed | 07/13/2016 | CP–51–AP–0000612–<br>2015<br>CP–51–DP–0025118–<br>2010<br>(Philadelphia) |

14. Petition for reargument denied September 07, 2016.
15. Petition for reargument denied September 15, 2016.
16. Petition for reargument denied September 15, 2016.
17. Petition for reargument denied September 15, 2016.